Opinion by Mr. PRESIDING JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WYLIE HARRIS (Impleaded), Defendant-Appellant.

(No. 55450;

First District—March 18, 1971.

Opinion by Mr. JUSTICE McGLOON.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.